FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SADIE KNOTTS HUDSON,<br>Defendant. | Case No. CR 22-565-DOC<br>ORDER OF DETENTION<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On July 29, 2026, Defendant Sadie Knotts Hudson made her initial appearance on the petition for revocation of supervised release dated October 26, 2023 and the warrant for arrest issued on the same date. CJA panel member Carlos Iriarte was appointed to represent Defendant. The government was represented by student extern, Michele Perbellini, supervised by Assistant U.S. Attorney Lloyd Masson. Defendant submitted on the recommendation of detention in the report prepared by United States Probation and Pretrial Services.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant violated the conditions of supervised release by (1) failing to report for supervision; (2) failing to report to a residential reentry placement center as directed; (3) failing to register as a sex offender; and (4) absconding from supervision

☒ no ties to the Central District of California

☒ no sureties.

B. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

☒ criminal history

//

//

//

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: July 29, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE